```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

Lisa Marie Brady

   v.                                Civil No. 16-cv-069-JD

Somersworth School District,
School Board, et al.


O R D E R

Lisa Marie Brady, proceeding pro se, brings federal and state claims against the School Board of the Somersworth School District; Jeni Mosca, the Superintendent of Schools; Pamela MacDonald, the Special Education Director [together "the Somersworth defendants"]; and Jeanne Kincaid, counsel for the school district, arising from the termination of Brady's employment.  Brady has filed a "Notice of Motion" in which she states that she "will bring a motion for an order denying Defendants the opportunity to claim that the Plaintiff was in violation of NH RSA 141-H:2 . . . ."[1]  The Somersworth defendants filed a response.

---

[1] Brady is directed to review Local Rule 5.1(c) requiring proper identification of filings, Federal Rule of Civil Procedure 5(d)(1) and Local Rule 5.1(c) requiring a certificate of service, Local Rule 7.1(a) pertaining to the form of motions, and Local Rule 7.1(c) requiring a certification about concurrence.  Failure to follow the applicable rules may result in sanctions, including having a nonconforming filing struck from the docket.

As the Somersworth defendants contend, Brady's motion does not appear to seek relief from the court but instead appears to forecast that she will bring a motion for relief in the future. As such, the motion does not raise an issue that can be resolved by the court.  Further, as the Somersworth defendants also contend, to the extent the motion raises an evidentiary issue about Brady's conduct implicating RSA 141-H:2, that matter cannot be addressed without the evidentiary and substantive context.

## Conclusion

For the foregoing reasons, the plaintiff's "Notice of Motion" (document no. 12) is denied.

SO ORDERED.

_____
Joseph DiClerico, Jr.
United States District Judge

June 6, 2016

cc:   Demetrio F. Aspiras, III, Esq.
      Lisa Marie Brady, pro se
      Brian J.S. Cullen, Esq.
      Melissa A. Hewey, Esq.